**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Meisam Sedighi, | No. CV-26-03820-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

At issue is pro se Plaintiff Meisam Sedighi's Application for Leave to Proceed In Forma Pauperis ("IFP"), (Doc. 2), Motion to Allow Electronic Filing, (Doc. 3), and Motion to Expedite Consideration, (Doc. 6).  Having determined that Sedighi is unable to pay the Court's fees, the IFP Application will be granted.  In addition, the Court having screened Sedighi's Complaint, (Doc. 1), pursuant to 28 U.S.C. § 1915(e)(2), Sedighi may now serve the Complaint and Summons on Defendants.

**IT IS THEREFORE ORDERED** granting Sedighi's Motion for Expedited Consideration re: Application for Leave to Proceed In Forma Pauperis, (Doc. 6).

**IT IS FURTHER ORDERED** granting Sedighi's Application for Leave to Proceed In Forma Pauperis, (Doc. 2).  Sedighi shall serve the Complaint and Summons on the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and may choose to request that the Defendants waive service of the Complaint and Summons under Rule 4(d).

**IT IS FURTHER ORDERED** granting Sedighi's Motion to Allow Electronic Filing, (Doc. 3), in this case only.  Sedighi is required to comply with all rules outlined in

the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, complete the necessary forms to register as a user with the Clerk's Office within five days of the date of this Order (if not already on file), register as a subscriber to PACER (Public Access to Court Electronic Records) within five days of the date of this Order (if this has not already occurred), and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

Dated this 4th day of June, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

- 2 -